1  SCOTT J. SAGARIA (BAR # 217981)
   SJSagaria@sagarialaw.com
2  ELLIOT W. GALE (BAR # 263326)
   Egale@sagarialaw.com
3  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 1750
4  San Jose, CA 95110
   408-279-2288 ph
5  408-279-2299 fax

6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALLGOWER,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION AN FDIC INSURED CORPORATION AND DOES 1-100 INCLUSIVE,<br><br>    Defendants. | Case No.: 3:12-cv-02524-MEJ<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO RESTRICT ACCESS<br><br>Judge:    Honorable Marina Elena James |

This matter came before this Honorable Court by way of Ex Parte motion by Plaintiff Ronald Allgower requesting this Honorable Court to restrict access to docket number 1.

IT IS HEREBY ORDERED that the motion to restrict access is granted and the Clerk shall restrict access to docket number 1.



IT IS SO ORDERED
Judge Maria-Elena James